# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    Case No. **10-01333-MH3-13**

**DAINON TARQUINIUS SIDNEY**           Judge: **MARIAN F HARRISON**

HEARING DATE ON OBJECTIONS
AND RELATED MOTIONS: **April 19, 2010**
TIME OF HEARING: **8:30 AM**

**SSN XXX-XX-7845**

## TRUSTEE'S MOTION AND REQUEST FOR A HEARING
## ON CONFIRMATION AND REQUEST FOR DISMISSAL

**HEARINGS TO BE HELD AT CUSTOMS HOUSE, COURTROOM 1, 701 BROADWAY, 2ND FL, NASHVILLE, TN , 37203**

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above styled matter for a confirmation hearing, and for cause therefore would state:

**The Trustee objects to confirmation.**

As grounds for such request, the Trustee would state:

**Inadequate notice of 4/6/10 amended plan to creditors.**

Should this Court deny confirmation, the Trustee requests this Court dismiss this case

                                                          Respectfully Submitted,

Printed:   **04/06/2010**                          /s/ Henry E. Hildebrand, III
                                                      HENRY E. HILDEBRAND, III
cc:  Debtor(s)                                  CHAPTER 13 TRUSTEE
     Debtor(s) Attorney                    P O BOX 190664
     Objecting Creditor                    NASHVILLE, TN  37219-0664
                                                        615-244-1101
                                                        pleadings@ch13nsh.com