IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| DAINON TARQUINIUS SIDNEY ) | CASE NO.: 10-01333 |
| SSN: XXX-XX-7845 ) | JUDGE: HARRISON |
| 605 LAKEMEADE POINT ) | |
| OLD HICKORY, TN 37138 ) | |
| ) | |
| Debtor. ) | |

## ORDER CONTINUING CONFIRMATION HEARING UNTIL MAY 17, 2010

THIS MATTER CAME BEFORE THE COURT on April 19, 2010, upon the Trustee's Motion for Confirmation, and the appearance of counsel for Debtor and Trustee in open court. At the call of the docket the parties announced an agreement to continue this matter until May 17, 2010, at 8:30 a.m. in Courtroom 1, Customs House, 701 Broadway, Nashville, Tennessee.

*THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.*

APPROVED FOR ENTRY:

*/s/ Mary Beth Ausbrooks*
MARY BETH AUSBROOKS
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com