IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 3:10-bk-01333 |
| DAINON TARQUINIUS SIDNEY | ) | Chapter 13 |
| | ) | Judge Harrison |
| | ) | |
| Debtors. | ) | Objections Due: July 1, 2010 |
| | ) | <u>Hearing Set</u>: July 19, 2010, 8:30 A.M. |
| | ) | Customs House, Courtroom 1 |
| | ) | 701 Broadway, 2nd Floor |
| | ) | Nashville, Tennessee 37203 |

## RESPONSE OF SUNTRUST BANK TO TRUSTEE'S
## MOTION TO DISALLOW CLAIM # 7

SunTrust Bank (hereinafter "Respondent"), a secured creditor in this case, hereby responds and objects to the Motion filed by the Trustee to disallow Claim # 7 (the "Motion") [Docket No. 49]. In support of this Response, Respondent would show the Court:

1. Respondent is a secured creditor of Debtor in the amount of $152,326.66 [Claim No. 7, filed on April 1, 2010, which was amended on June 24, 2010] which is secured by a valid and properly perfected security interest in certain property of the Debtor, more particularly described as a 605 Lakemeade Point, Old Hickory, Tennessee (the "Property")

3. As stated above, Respondent amended its claim on June 24, 2010, to provide additional information to evidence the merger with National Bank of Commerce. Those documents are exhibits to the Claim.

4. The currently monthly payment is stated in the Home Equity Line of Credit Agreement (attached as an exhibit to the initial Claim filing) is $549.79 (due for July 1, 2010), however, the account is a Home Equity Line of Credit with variable payments. The Debtor's proposed $717.00 is an adequate payment to pay on this long term debt.

{00505827.1}

1

Case 3:10-bk-01333   Doc 59   Filed 06/30/10   Entered 06/30/10 13:46:18   Desc Main
Document      Page 1 of 4

5. The arrearage in payments is stated in the attached **Exhibit 1**, which shows the arrearage as of February 10, 2010. That amount, plus other late fees and service charges, is $2,466.41.

Exhibit 1 also provides an itemization of the post-petition arrearages. Post-petition, Debtor has incurred due dates for March 2010 through June 2010, for a total post-petition amount owed of $2,196.03.

As a result, Respondent is owed a total arrearage of $4,662.44, through the end of June 2010.

6. As a result of the above, Respondent would show that all issues with the Claim are addressed and the Motion should be resolved on those terms and/or an Amended Claim.

**WHEREFORE**, based on the foregoing, Respondent responds and objects to the Trustee's Motion and respectfully requests that the Court enter an Order that resolves the Motion on the herein terms.

Respectfully submitted,

/s/ David M. Anthony
David M. Anthony (BPR # 19951)
Bone McAllester Norton, PLLC
511 Union, Suite 1600
Nashville, Tennessee 37219
(615) 238-6321
(615) 687-5599 (facsimile)
E-mail for ECF: anthonybk@bonelaw.com
Other E-mail: danthony@bonelaw.com

Attorneys for SunTrust Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served electronically (or by mail) to the following persons:

Edgar M. Rothschild, III
Mary Elizabeth Ausbrooks
Rothschild & Ausbrooks
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926

Henry Edward Hildebrand, III
Office of the Chapter 13 Trustee
P.O. Box 190664
Nashville, TN 37219-0664

U.S. Trustee
701 Broadway
Suite 318
Nashville, Tennessee 37203

this 30th day of June, 2010.

/s/ David M. Anthony
David Anthony

| PRE PETITION PMTS DUE (INCLUDE FEES FOR THESE MONTHS) | | POST PETITION PMTS DUE (INCLUDE FEES FOR THESE MONTHS) | |
| --- | --- | --- | --- |
| SCHEDULED DATE | SCHEDULED PMT | SCHEDULED DATE | SCHEDULED PMT |
| 12/01/2009 | 549.79 | 03/01/2010 | 511.95 |
| 01/01/2010 | 717.31 | 04/01/2010 | 568.11 |
| 02/01/2010 | 567.25 | 05/01/2010 | 547.85 |
| | | 06/01/2010 | 568.12 |
| | | 07/01/2010 | 549.79 |
| TOTAL | 1834.35 | TOTAL | 2745.82 |

| TOTAL PRETETION DELINQ AMT | 2466.41 |
| --- | --- |

| TOTAL POST PETITION DELINQ AMT | 2745.82 |
| --- | --- |


EXHIBIT 1