IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 3:10-bk-01333 |
| DAINON TARQUINIUS SIDNEY ) | Chapter 13 |
| ) | Judge Harrison |
| ) | |
| Debtors. ) | Objections Due: July 1, 2010 |
| ) | <u>Hearing Set</u>: July 19, 2010, 8:30 A.M. |
| ) | Customs House, Courtroom 1 |
| ) | 701 Broadway, 2nd Floor |
| ) | Nashville, Tennessee 37203 |

## <u>ORDER CONTINUING HEARING</u>
## <u>ON MOTION TO DISALLOW CLAIM # 7</u>

At the request of the parties to this matter at the docket call, this Court ORDERS that the hearing on the *Motion to Disallow Claim #7* [Docket No. 49] shall be continued to August 9, 2010 at 8:30 A.M. in Courtroom One, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED
AT THE TOP OF THE FIRST PAGE

{00511199.1}

PREPARED FOR ENTRY:

/s/ David M. Anthony
David Anthony
Bone McAllester Norton PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
615/238-6321
615/687-5599 (facsimile)
danthony@bonelaw.com
Attorneys for SunTrust Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served via electronic notice/ECF to all parties requesting notice via the CM/ECF system and, where noted, via email and/or United States Mail, first class, postage prepaid, to the following persons:

Edgar M. Rothschild, III
Mary Elizabeth Ausbrooks
Rothschild & Ausbrooks
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926

Henry Edward Hildebrand, III
Office of the Chapter 13 Trustee
P.O. Box 190664
Nashville, TN 37219-0664

U.S. Trustee
701 Broadway
Suite 318
Nashville, Tennessee 37203

this 19th day of July, 2010.

/s/ David M. Anthony
David Anthony

{00511199.1}