Marian F. Harrison
US Bankruptcy Judge

Dated: 07/19/10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | |
| DAINON TARQUINIUS SIDNEY | Case No.: 3:10-bk-01333<br>Chapter 13<br>Judge Harrison |
| Debtor. | |
| THE BANK OF NASHVILLE, | |
| Movant, | Date Set: June 21, 2010 |
| DAINON TARQUINIUS SIDNEY,<br>and HENRY EDWARD HILDEBRAND, III,<br>Chapter 13 Trustee | |
| Respondents. | |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE STAY**

This matter came to be heard before this Court based on the Motion of The Bank of Nashville (hereinafter "Movant"), by and through its attorneys, for this Court to grant it relief from the automatic stay provisions of 11 U.S.C. § 362 and abandonment pursuant to 11 U.S.C. § 554 [Docket No. 50]. Based upon the lack of opposition to the Motion and the signatures of counsel for the Debtor and for the Chapter 13 Trustee, the Court finds the Motion is well taken and, accordingly, **ORDERS** that:

Movant shall have relief from the automatic stay provisions of 11 U.S.C. § 362 and abandonment pursuant to 11 U.S.C. § 554 to permit Movant to proceed with

enforcement of its lien rights against certain real property of the Debtor located at 2212 Buchanan Street, Nashville, Tennessee, by virtue of its recorded Judgment, of record with the Register of Deeds Office for Davidson County, at Instrument No. 20090413-0032921 (the "Judgment Lien"), and applicable state law. Pursuant to Movant's request in its Motion, the provisions of Fed. R. Bankr. P. 4001(a)(3) are waived so that this Order Granting Relief is enforceable upon entry.

> THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

PREPARED FOR ENTRY:

/s/ David M. Anthony
David M. Anthony
Bone McAllester Norton, PLLC
511 Union Suite 1600
Nashville, TN 37219
danthony@bonelaw.com
(615) 238-6321
(615) 687-5599 (facsimile)
Attorneys for The Bank of Nashville


/s/ Edgar M. Rothschild, III
Edgar M. Rothschild, III
1222 16th Avenue South, Suite 12
Nashville, TN 37212
Phone: 615/242-3996
Fax: 615/242-2003
notice@rothschildbklaw.com
Attorneys for Debtor

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=Chapter 13 Trustee
Date: 2010.07.16 11:04:08 -05'00'

Henry E. Hildebrand, III
Office of the Chapter 13 Trustee
P.O. Box 190664
Nashville, Tennessee 37219
Phone: 615/259-9344
Fax: 615/242-3241
Hhecf@ch13nsh.com
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served via electronic mail/ECF and/or United States Mail, first class, postage prepaid to the following persons:

U.S. Trustee
701 Broadway, Suite 318
Nashville, TN 37203

this 10th day of June, 2010.

/s/ David M. Anthony
David M. Anthony

{00498382.1}

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:10-bk-01333   Doc 62   Filed 07/20/10   Entered 07/20/10 09:23:36   Desc Main Document   Page 3 of 3