UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TN
MIDDLE DIVISION

| | |
|---|---|
| In Re: Dainon Tarquinius Sidney | Case No. 10-01333-MFH |
| Debtor(s), | |
| OneWest Bank, FSB, | Chapter 13 |
| Movant, | |
| | Judge: Marian F. Harrison |
| Vs. | |
| Dainon Tarquinius Sidney | |
| Henry Edward Hildebrand, III, Trustee | |
| Respondent(s). | |

**ORDER RESCHEDULING OBJECTION TO TRUSTEE'S MOTION TO DISALLOW CLAIM OF ONEWEST BANK FSB COURT'S CLAIM #9**

This cause came to be heard on July 19, 2010 upon the objection of ONEWEST BANK, FSB to Trustee's motion to disallow court claim:

Upon oral objection made in open court, this matter shall be reset to August 2, 2010 at 08:30 AM, Courtroom One, 2nd floor Customs House, 701 Broadway, Nashville, TN 37203.

This order was signed and entered electronically as indicated at the top of the first page.

RESPECTFULLY SUBMITTED,

/s/ Bonnie Culp
Bonnie Culp #014741
Law Offices of Shapiro & Kirsch, LLP
Attorney for ONEWEST BANK, FSB

6055 Primacy Parkway, Ste. 410
Memphis, TN 38119
Phone: 615-738-8400
Fax: 901-767-8890
bculp@logs.com


Entities to be Served:


1. Edgar M. Rothschild, III
   Rothschild & Associates PLLC
   1222 16th Ave S. Ste. 12
   Nashville, TN 37212


2. Dainon Tarquinius Sidney
   605 Lakemeade Plate
   Old Hickory, TN 37138


3. Henry Edward Hildebrand, III
   P.O. Box 190664
   Nashville, TN 37219