UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

In Re:

Dainon Tarquinius Sidney

    Debtor(s),

Case No. 10-01333-MFH

Chapter 13

Judge: Marian F. Harrison

**AGREED ORDER DENYING TRUSTEE'S MOTION TO DISALLOW CLAIM OF ONEWEST BANK FSB COURT'S CLAIM #9 BY ONEWEST BANK, FSB REGARDING REAL PROPERTY LOCATED AT 605 LAKEMEADE POINTE, OLD HICKORY, TN 37138**

    COMES NOW ONEWEST BANK, FSB, by and through their attorney, and the Trustee herein, and agree that ONEWEST BANK, FSB filed an Amended Proof of Claim correcting the claim deficiency, Court Claim # 9 shall be allowed, and the Trustee's Motion to Disallow Claim shall be denied.

This order was signed and entered electronically as indicated at the top of the first page

APPROVED FOR ENTRY:

/s/ Bonnie Culp
Bonnie Culp #014741
Law Offices of Shapiro & Kirsch, LLP
Attorney for ONEWEST BANK, FSB
6055 Primacy Parkway, Ste. 410
Memphis, TN 38119
Phone: 615-738-8400
Fax: 901-767-8890
bculp@logs.com

_____
Henry Edward Hildebrand, III
P.O. Box 190664
Nashville, TN 37219
615-244-1101
615-242-6593
pleadings@ch13nsh.com


Entities to be Served:


1. Edgar M. Rothschild, III
   Rothschild & Associates PLLC
   1222 16th Ave S. Ste. 12
   Nashville, TN 37212


2. Dainon Tarquinius Sidney
   605 Lakemeade Point
   Old Hickory, TN 37138


3. Henry Edward Hildebrand, III
   P.O. Box 190664
   Nashville, TN 37219