# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 3:10-bk-01333 |
| DAINON TARQUINIUS SIDNEY | ) | Chapter 13 |
| | ) | Judge Harrison |
| | ) | |
| Debtors. | ) | |
| | ) | DATE SET: August 9, 2010 |

## AGREED ORDER RESOLVING MOTION AND
## NOTICE TO DISALLOW CLAIM FILED BY TRUSTEE

The parties file this Agreed Order Resolving the *Motion and Notice to Disallow Claim #7* [Docket No. 49] filed by the Chapter 13 Trustee (the "Trustee") and the *Response to Trustee's Motion and Notice to Disallow Claim #7* [Docket No. 59] filed by SunTrust Bank ("Creditor"). In support of this Agreed Order, the parties would show the Court:

1. The Trustee's Objection related to Creditor's Claim No. 7 (the "Claim"), which was originally filed in the amount of $152,326.66 on April 1, 2010, and then amended on June 24, 2010.

2. The information in the June 24, 2010 amendment to the Claim addressed many of the substantive issues with the Claim, and, as of the hearing date of August 9, 2010, the only remaining issue was that the Claim failed to correct a discrepancy in the amount of the arrearages on the Claim (the Claim attachment showed $2,466.91, while the Claim's first page showed $2,494.55 (pre-petition).

3. To fully resolve the issues, Creditor hereby clarifies the arrearages on the Claim:

   a) Pre-petition: $2,466.91;

   b) Post-Petition: $1,080.06 (includes March 2010 and April 2010)

   **Arrearage Total: $3,546.97** (last payment included is April 2010)

{00517394.1}

4. The Trustee agrees that the above itemization contains sufficient information to resolve the remaining issues with the Claim.

5. As a result, the parties agree that the Motion is hereby resolved.

```
THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE
                       TOP OF THE FIRST PAGE
```

PREPARED FOR ENTRY:

/s/ David M. Anthony
David M. Anthony
Bone McAllester Norton, PLLC
511 Union Suite 1600
Nashville, TN 37219
danthony@bonelaw.com
(615) 238-6321
(615) 687-5599 (facsimile)
Attorneys for SunTrust Bank

_____

Henry E. Hildebrand, III
Office of the Chapter 13 Trustee
P.O. Box 190664
Nashville, Tennessee 37219
Phone: 615/259-9344
Fax: 615/242-3241
Hhecf@ch13nsh.com
Chapter 13 Trustee

{00517394.1}

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served via United States Mail, first class, postage prepaid to the following persons:

U.S. Trustee
701 Broadway
Suite 318
Nashville, Tennessee 37203

this 9th day of August, 2010.

/s/David Anthony
David Anthony