Marian F. Harrison
US Bankruptcy Judge

Dated: 09/29/11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:10-bk-01333 |
| DAINON TARQUINIUS SIDNEY, ) | Judge Harrison |
| ) | Chapter 13 |
| ) | |
| Debtor, ) | |
| ) | Relief From Stay to Enforce Lien |
| ) | |
| COMMUNITY FIRST BANK ) | |
| & TRUST, ) | |
| ) | HEARING SET: September 26, 2011 |
| Secured Claimant, ) | |

**Affected Collateral:** 1,000 Shares of Community First Bank & Trust, Certificate # 7660 and 1,667 Shares of Community First Bank & Trust, Certificate # 8027

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the "Affected Collateral." Either no timely opposition was filed or any objection raised with withdrawn or overruled by the Court at the Scheduled Hearing.

IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

IT IS FURTHER ORDERED that the stay in Fed.R.Bankr.P. 4001(a)(3) does not apply.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ David M. Anthony
David M. Anthony
Bone McAllester Norton, PLLC
511 Union Suite 1600
Nashville, TN 37219
danthony@bonelaw.com
(615) 238-6321
(615) 687-5599 (facsimile)
Attorneys for Community First Bank & Trust

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served via electronic mail/ECF and/or United States Mail, first class, postage prepaid to the following persons:

Edgar M. Rothschild, III
Mary Elizabeth Ausbrooks
Rothschild & Ausbrooks
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926

Henry Edward Hildebrand, III
P.O. Box 190664
Nashville, TN 37219-0664

U.S. Trustee
701 Broadway, Suite 318
Nashville, TN 37203

this 26th day of September, 2011.

/s/ David M. Anthony
David M. Anthony

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.