*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 01/06/12

bb

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                                                         10-01333-MH3-13

DAINON TARQUINIUS SIDNEY
P O BOX 402                                                                 1/5/2012
OLD HICKORY, TN 37138

SSN XXX-XX-7845

### AGREED ORDER ALLOWING PLAN TO CONTINUE AND
### PLACING DEBTOR(S) ON PROBATION

It appears to the Court that the Trustee has filed a Motion To Dismiss the above-styled case due to the failure of the debtor(s) to make payments as required by the Chapter 13 plan previously confirmed by the Court. It further appears to the Court that the Trustee and the debtor(s) have agreed to allow the plan to continue. It is therefore

ORDERED, that the Trustee's Motion To Dismiss is denied; it is further

ORDERED, that the Debtor(s) shall attend a Financial Management Class; it is further

ORDERED, that it is the obligation of the debtor(s) to make all future payments in accordance with the confirmed Chapter 13 plan and that should the debtor(s) fail to make any payment as required, this case will be dismissed upon filing of notice by the Trustee, without further hearing ; it is further

ORDERED that the direct payment for **DAINON TARQUINIUS SIDNEY** be modified in this case, to an amount equal to **$1,713.75 MONTHLY**, in order that the plan be completed within the sixty (60) months of confirmation.

APPROVED FOR ENTRY:                                               THIS ORDER WAS SIGNED AND ENTERED
                                                                                 ELECTRONICALLY AS INDICATED AT THE
/s/ Henry E. Hildebrand, III                                       TOP OF THE FIRST PAGE.
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 190664
NASHVILLE, TN 37219-0664
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

AGREED TO:

/s/ EDGAR M ROTHSCHILD
_____
ROTHSCHILD AND AUSBROOKS PLLC
ATTY FOR THE DEBTOR
1222 16TH AVE SOUTH SUITE 12
NASHVILLE, TN 37212
PHONE NO. 615-242-3996
NOTICE@ROTHSCHILDBKLAW.COM
FAX NO. 615-242-2003

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.