B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

MIDDLE District of TENNESSEE

In re DAINON SIDNEY,　　　　　　　　　　　Case No. 10-01333
　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** OneWest Bank FSB　　　　　**Court claim no.** (if known): 9

**Last four digits** of any number you use to identify the debtor's account: 9 0 1 2

**Date of payment change:**
Must be at least 21 days after date of this notice　　05/01/2012

**New total payment:**
Principal, interest, and escrow, if any　　$ 2,090.50

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
_____

**Current escrow payment:** $ 597.41　　**New escrow payment:** $ 597.41

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%　　**New interest rate:** _____%

**Current principal and interest payment:** $ _____　　**New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____　　**New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☒ I am the creditor.     ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /S/ Lorena Brandan     Date 3/23/2012
Signature

**Print:** Lorena Brandan     Title _____
First Name    Middle Name    Last Name

Company   OneWest

Address   2900 Esperanza Crossing
Number     Street
Austin, Te 78758
City     State     ZIP Code

Contact phone   512-918-7532     Email   lorena.brandan@ow

## CERTIFICATE OF SERVICE

I certify that the foregoing notice has been served electronically or via mail on the Debtor's Counsel and Chapter 13 Trustee and has been mailed to Debtor at the following address on or before 03/28/2012

via electronic notification:
Debtor's Attorney
EDGAR M ROTHSCHILD, III
1222 16th Ave S Ste 12
Nashville, TN 372122926

via pre-paid regular U.S. mail:
Primary Debtor
DAINON SIDNEY                    DAINON SIDNEY
723 LAKE TERRACE DR              143 PO Box
NASHVILLE, TN 37217              Clarksville, TN 370410143

via electronic notification:
Chapter 13 Trustee
HENRY E. HILDEBRAND III
POB 190664
NASHVILLE, TN 372190664

Respectfully Submitted,

/s/Parshuram Salunke

Parshuram Salunke

Any questions or objections should be directed to and served on at the address below:

Creditor: OneWest Bank FSB c/o National Bankruptcy Services

Contact: Customer Service-Payment Compliance & Monitoring Department

Address: 9441 LBJ Freeway Suite 250, Dallax, TX 75243

Telephone: 972-643-6600

Fax: 972-643-6600

E-mail: pcninquiries@nbsdefaultservices.com

NOTICE OF MORTGAGE PAYMENT CHANGE                                                                                  2

Case 3:10-bk-01333   Doc 115   Filed 03/23/12   Entered 03/23/12 20:39:58   Desc Main
Document       Page 3 of 3