*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 12/26/12

KM

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DAINON TARQUINIUS SIDNEY | CASE NO. 10-01333-MH3-13 |
| P O BOX 402 | MARIAN F HARRISON |
| OLD HICKORY, TN  37138 | |
| | |
| SSN XXX-XX-7845 | 12/21/2012 |

**ORDER STOPPING**
**PAYROLL DEDUCTION OR DIRECT PAY ORDER**

An order to pay trustee was previously issued in the above referenced case to the entity from whom the debtor receives income. The Chapter 13 case for the above named debtor has been dismissed or converted by this Court, therefore,

IT IS ORDERED that no direct payments or deductions be made from payments due to the debtor, **DAINON TARQUINIUS SIDNEY,** by the entity from whom the debtor

xc:

**DAINON TARQUINIUS SIDNEY**
ROTHSCHILD AND AUSBROOKS PLLC
Henry E. Hildebrand,
DAINON TARQUINIUS SIDNEY
P O BOX 402
OLD HICKORY, TN  37138

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.